UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHNATHAN MURPHY**,

    **Plaintiff**,

v.                                       Case No. 3:24cv236-TKW-ZCB

**GOLDRING GULF
DISTRIBUTING CO. LLC**,

    **Defendant**.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT**

    This Fair Labor Standards Act case is before the Court based on the parties' joint motion for approval of settlement agreement (Doc. 12). Upon due consideration of the motion, and after scrutinizing the settlement agreement attached to the motion for fairness as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the Court finds that the settlement reached by the parties is a fair and reasonable resolution of a bona fide dispute over Plaintiff's entitlement to unpaid wages and/or overtime compensation. Accordingly, it is **ORDERED** that:

    1.     The joint motion for approval of settlement agreement is **GRANTED**, and the parties' settlement agreement (Doc. 12-1) is **APPROVED**.

2. This case is **DISMISSED** with prejudice pursuant to the joint motion and the parties' settlement agreement, and the Clerk shall close the case file.

**DONE and ORDERED** this 28th day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**